FILED

2012 APR 24  PM 4:46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2012 Grand Jury

UNITED STATES OF AMERICA, ) CR No. 12- CR12-0377
                             Plaintiff, ) **I N D I C T M E N T**
                             v. ) [29 U.S.C. § 501(c): Embezzlement and Theft of Labor Union Assets]
SALVADOR A. CAMEY, JR., )
                             Defendant. )

The Grand Jury charges:

GENERAL ALLEGATION

At all times material to this Indictment, the International Brotherhood of Teamsters was a labor organization engaged in an industry affecting commerce within the meaning of the Labor Management Reporting and Disclosure Act of 1959 and as defined in Title 29, United States Code, Section 402(c).

CLO:clo

COUNTS ONE THROUGH SIXTEEN

[29 U.S.C. § 501(c)]

The General Allegation is incorporated by reference as if fully set forth in each count herein.

On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant SALVADOR A. CAMEY, JR., while a person employed, directly and indirectly, by the International Brotherhood of Teamsters ("the IBT"), knowingly and with intent to defraud, embezzled, stole, and unlawfully and willfully abstracted and converted to his own use and the use of others, the moneys, funds, property, and other assets of the IBT by obligating the IBT to pay for the following unauthorized personal charges on his IBT credit card (#XXXX-XXXX-XXXX-6548) in the following approximate amounts:

| Count | Date | Vendor | Amount |
|---|---|---|---|
| ONE | 12/23/08 | Best Buy | $697.52 |
| TWO | 12/24/08 | Target | $328.09 |
| THREE | 1/14/09 | New World Travel | $508.00 |
| FOUR | 1/17/09 | New World Travel | $380.00 |
| FIVE | 1/21/09 | Target | $225.46 |
| SIX | 1/25/09 | Target | $333.47 |
| SEVEN | 1/26/09 | Best Buy | $356.54 |
| EIGHT | 2/1/09 | Auto Zone | $194.96 |
| NINE | 2/3/09 | Best Buy | $448.99 |
| TEN | 2/4/09 | Tony's Tires | $746.00 |
| ELEVEN | 2/4/09 | Fry's Electronics | $508.32 |

| | | | |
|---|---|---|---|
| TWELVE | 2/5/09 | Alpha | $692.00 |
| THIRTEEN | 2/8/09 | Best Buy | $852.30 |
| FOURTEEN | 2/9/09 | Best Buy | $578.88 |
| FIFTEEN | 2/10/09 | Auto Zone | $175.70 |
| SIXTEEN | 2/10/09 | Ross | $232.69 |

A TRUE BILL

/S/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*(signature)*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

LAWRENCE MIDDLETON
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section

CHERYL L. O'CONNOR
Assistant United States Attorney
Public Corruption & Civil Rights Section